804 A.2d 1169

IN THE MATTER OF FREDERICK A. KIEGEL,
AN ATTORNEY AT LAW.

September 9, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–396, concluding that **FREDERICK A. KIEGEL** of **CHERRY HILL**, who was admitted to the bar of this State in 1982, should be reprimanded for violating of *RPC* 1.8(f) (improper acceptance of fee from third party);

And the Court having determined from its review of the record that in the circumstances presented an admonition is the appropriate level of discipline for respondent's misconduct;

And good cause appearing;

It is ORDERED that **FREDERICK A. KIEGEL** is hereby admonished; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.